```
UNITED STATES DISTRICT COURT                                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                               DOCUMENT
-----------------------------------------------------------X ELECTRONICALLY FILED
                                                            DOC #: _____
                                                            DATE FILED: 12/7/2019
```

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------X  
ALQUIDANIA ALMONTE,                         :  
                      Plaintiff,     :  
         -against-                       :    1:19-cv-11063-GHW  
                                      :  
TARGET CORPORATION,                         :    ORDER  
                      Defendant.     :  
-----------------------------------------------------------X  

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, New York County on December 3, 2019. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than January 3, 2020. Additionally, Plaintiff's counsel is directed to promptly file a notice of appearance in this case. Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: December 7, 2019  
New York, New York  
                                                              _____  
                                                               GREGORY H. WOODS  
                                                             United States District Judge